Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JULIO SOLORZANO )
#30271-298 )
U.S.P. HAZELTON, P.O. BOX 2000 )
BRUCETON MILLS WV 26525 , )
(Full name under which you were convicted, )
prison number, place of confinement, and )
full mailing address) )
)
)
  Petitioner, )
vs. )
)
WARDEN LOVETT , )
(Name of Warden or other authorized person )
where you are incarcerated) )
)
  Respondent. )
)

**Petition for Habeas Corpus
Pursuant to 28 U.S.C. § 2241**

Civil Action No. 3:23cv-152
(to be assigned by Clerk)

Groh - Trumble Sims

FILED

JUN - 5 2023

U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

**Important notes to read before completing this form:**

★   Please read the entire petition **before** filling it out. Answer **only** those questions which pertain to your claim(s).

1.   This petition concerns (check the appropriate box):

     ☑ a conviction
     ☑ a sentence
     ☐ jail or prison conditions
     ☐ prison disciplinary proceedings
     ☐ a parole problem
     ☐ other, state briefly: _____

**Attachment A**

N/A

2. Are you represented by counsel?   ☐ Yes   ☑ No

   If you answered yes, list your counsel's name and address:
   N/A

3. List the name and location of the court which imposed your sentence:
   SOUTHERN DISTRICT OF CALIFORNIA (SAN Diego)
   333 WEST BROADWAY, SUITE 420
   SAN diego, CALIFORNIA 92101

4. List the case number, if known: 12-CR-0236-IEG

5. List the nature of the offense for which the sentence was imposed:
   ① RICO CONSPIRACY
   ② 924(C)(1)(A)(iii)

6. List the date each sentence was imposed and the terms of the sentence:
   10-23-2013

7. What was your plea to each count? (Check one)

   ☐ Guilty
   ☑ Not Guilty
   ☐ Nolo Contendere

Attachment A

8. If you were found guilty after a plea of not guilty, how was that finding made?

☑ A jury
☐ A Judge without a jury
☐ A Magistrate Judge without a jury

9. Did you appeal from the judgment of conviction or imposition of the sentence?

☐ Yes    ☑ No

10. If you did appeal, give the following information for each appeal:

A. Name of Court: __N/A__
B. Result: _____
C. Date of Result: _____
D. Grounds raised (List each one): _____

_____
_____
_____
_____

Note: if you filed an appeal in more than one court, attach an additional sheet of paper of the same size and give all of the information requested in Question 10, A through D.

11. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? This is called a post-conviction pleading.

☑ Yes    ☐ No

If your answer was yes, complete the following sections:

A. First post-conviction proceeding:
1. Name of Court: __SOUTHERN DISTRICT OF CALIFORNIA__

Attachment A

    2. Nature of Proceeding: __2255__
    3. Grounds Raised: __JOHNSON (2015) illgal 924(c) SENTENCE__
    4. Did you receive an evidentiary hearing? ☑ Yes ☐ No
    5. Result: __DENied__
    6. Date of Result: __5-17-2017__

  B. Second post-conviction proceeding:
    1. Name of Court: __N/A__
    2. Nature of Proceeding: ____
    3. Grounds Raised: ____
    4. Did you receive an evidentiary hearing? ☐ Yes ☐ No
    5. Result: ____
    6. Date of Result: ____

  C. Did you appeal to the result of the post conviction proceeding(s) to the highest court having jurisdiction?
    1. First proceeding: ☑ Yes ☐ No Result: __DiSMiSSed__
    2. Second proceeding: ☐ Yes ☐ No Result: ____

  D. If you did not appeal the adverse result of the post-conviction proceeding(s), explain briefly why not: __N/A__

12. For your information, the following is a list of the most frequently raised grounds for relief in applications for habeas corpus pursuant to 28 U.S.C. §2241. You may raise any grounds which you may have other than those listed. However, in this application, you should raise all available grounds on which you base your petition. **Do not check** any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. **The petition will be returned to you if you merely check one or more of the grounds:**

  A. U.S. Parole Commission unlawfully revoked my parole.
  B. Federal Bureau of Prisons unlawfully computed my sentence.

**Attachment A**

  C. Federal Bureau of Prisons unlawfully denied me credit for time served in state or federal prison.
  D. Federal Bureau of Prisons or State prison system unlawfully revoked my good time credits.
  E. There is an unlawful detainer lodged against me.
  F. I am a citizen and resident of a foreign country and I am in custody for an act which I had a right to commit under the laws of my country.
 ✓G. The act for which I was convicted is no longer considered to be a crime, and I cannot raise this issue in a §2254 petition or a §2255 motion.

**CAUTION: if you fail to set forth all of the grounds in this petition at this time, you may be barred from presenting additional grounds at a later date.**

State clearly every ground on which you are seeking relief. Summarize briefly the facts supporting each ground. If necessary, attach a total of five (5) typed or ten (10) neatly printed pages maximum for all grounds and all attachments.

  A. Ground one:
PURSUANT TO BORDEN, 141 S.CT 1817 (2021) AND MEJIA-QUINTANILLA, 857 F.APPX 956, 957 (9th Cir 2021), THE PETITIONERS CONVICTION UNDER CALIFORNIA MURDER UNDER SECTION 187 HAS A MENS REA OF RECKLESSNESS IN MALICE AFTERTHOUGHT, THUS MURDER IN THE STATE OF CALIFORNIA —

Supporting facts: tell your story briefly without citing cases or law. You are cautioned that you must state facts, not conclusion, in support of your grounds. A "rule of thumb" to follow is this: who did exactly what to violate your rights at what time and place).
IS NOT A CRIME OF VIOLENCE UNDER 924(c) FORCE CLAUSE AND BECAUSE THE PETITIONERS CHARGING DOCUMENTS SHOW THAT HIS 924(c) CONVICTION AND SENTENCE WAS PREDICATED ON CALIFORNIA MURDER AND CALIFORNIA ROBBERY WHICH IS ALSO NOT A CRIME OF VIOLENCE SEE U.S. VS DIXON — 805 F.3d 1193 (9th Cir 2015) (PLEASE SEE ATTACHMENT ①)

  B. Ground two:

ATTACHMENT ①

- THE PETITIONERS 924(c) CONVICTION is UNAUTHORIZED AND THE CONSTITUTION PROHIBITS THE SENTENCE IMPOSED

BECAUSE A 924(c) SENTENCE IS NOT PERMITED THERE WAS A SEPERATION OF POWERS and FUNDAMENTAL DEFECT and MISCARRIAGE OF JUSTICE

THUS ANY APPEAL WAIVER WAS NOT KNOWING or VOLUNTARY and UNDER "Borden" SHALL BE deemed bREACHED.

THE PETITIONER CONTENDS THAT under Borden, 141 S.CT 1817 (2021) HE CAN MEET ALL prongs IN JONES AND WHeeler TO PASS THRU THE SAFTY CLAUSE OF 28 U.S.C. § 2241

**Attachment A**

Supporting facts:

C. Ground three:

Supporting facts:

D. Ground four:

Attachment A

Supporting facts:

_____
_____
_____
_____
_____

13. Were all of the above grounds presented to another court, state or federal? If not, state which grounds were not presented. If yes, state the name of the court, date of decision, and the nature of the outcome:
   NO BECAUSE BORdEN WAS NOT AVAIlible UNTil 2021
_____
_____
_____

14. If this petition concerns prison disciplinary proceedings, a parole problem, computation of sentence, or other case under 28 U.S.C. § 2241, answer the following questions:

   A. Did you present the facts in relation to your present petition in the prison's internal grievance procedure?

      ☐ Yes    ☐ No

   1. If your answer to "A" above was yes, what was the result:
   _____
   _____
   _____
   _____

Attachment A

2. If your answer to "A" above was no, explain:
   BECAUSE PETITIONER IS PROCEEDING UNDER § 28 U.S.C. § 2241 SAFTY CLAUSE.

B. If you are a federal prisoner, did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

☐ Yes    ☒ No

1. If your answer to "B" above was yes, what was the result:

2. If your answer to "B" above was no, explain:
   BECAUSE PETITIONER IS PROCEEDING UNDER 28 U.S.C. § 2241 SAFTY CLAUSE.

15. Relief: State here, as briefly as possible, exactly what you want the court to do for you:

   1. Make **no** legal arguments.
   2. Cite **no** cases or statutes.
      VACATE THE PETITIONERS 924(c) SENTENCE AND CONVICTION

Attachment A

16. If a previous motion to vacate or modify a prisoner's sentence, pursuant to Section 2255, was not filed, or if such a motion was filed and denied, the reasons why Petitioner's remedy by way of Section 2255 is inadequate or ineffective to test the legality of the detention.

   bECAUSE "BORdeN" IS A SUbSTANTIAl CHANgE IN THE LAW NOT A CONSTITUTIONAl CHANGE.

Signed this __3__ day of __2__, __2023__.
          (day)         (month)        (year)

_JULIO SOLORZANO_
Your Signature

_N/A_
Signature of Attorney (if any)

I declare (or certify, verify, or state), under penalty of perjury, that the foregoing is true and correct.

Date of Signature: 2/3/23      _JULIO SOLORZANO_
                                Your Signature

Attachment D

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

__Julio Solorzano__
Your full name

v.

__Warden Lovett__

Civil Action No.: __3:23-cv-152__

Enter above the full name of respondent in this action

## Certificate of Service

I, __Julio Solorzano__ (your name here), appearing *pro se*, hereby certify that I have served the foregoing __Motion (2241)__ (title of document being sent) upon the respondent by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the respondent on __2-3-23__ (insert date here):

(List name and address of counsel for respondent)

__Julio Solorzano__
(sign your name)