**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**MARTINSBURG**

**JULIO SOLORZANO,**

       Petitioner,

v.                               **CIVIL ACTION NO.: 3:23-CV-152**
                                    **(GROH)**

**WARDEN LOVETT,**

       Respondent.

## ORDER DISMISSING CASE WITHOUT PREJUDICE

On June 5, 2023, the pro se Petitioner initiated the above-styled civil action by filing the Court-approved form for a habeas corpus petition and a motion for leave to proceed without prepayment of fees. ECF Nos. 1, 2. On that same date, the Clerk issued a Notice of Deficient Pleading informing the Petitioner that this action would be dismissed within twenty-one days if the Petitioner failed to correct the deficiency in his pleading by paying the filing fee or filing a Prisoner Trust Account Report (PTAR) and Ledger Sheets. ECF No. 3.

The Petitioner accepted service of the Notice on June 8, 2023. ECF No. 5. More than twenty-one days have elapsed since the Petitioner accepted service for the Notice of Deficient Pleading, which directed the Petitioner to either file a PTAR and Ledger Sheets or pay the filing fee, but the Petitioner has failed to correct the deficiency.

Accordingly, it is **ORDERED** that 3:23-CV-152 is hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and retired from the docket of this Court.

The Clerk of the Court is **DIRECTED** to mail a copy of this Order to the Petitioner

by certified mail, return receipt requested, to his last known address as reflected on the docket sheet.

**DATED**: July 17, 2023

/s/ Gina M. Groh
GINA M. GROH
UNITED STATES DISTRICT JUDGE